# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2783
_____

MATTHEW AARON BURCH,

    Appellant,

    v.

MICHELLE NICOLE BURCH,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

August 21, 2019


PER CURIAM.

Matthew Aaron Burch, the former husband, appeals from a supplemental order in this post-dissolution of marriage case. We affirm without discussion the portion of the order awarding proceeds from the sale of the former marital home to Michelle Nicole Burch, the former wife, and finding the former husband in contempt for failing to pay child day care expenses. We dismiss as premature that portion of his appeal challenging the former wife's entitlement to attorney's fees. Because the court's ruling reserved jurisdiction to determine the amount of fees, the judgment on this

issue is nonfinal.[*] *See McGee v. McGee*, 264 So. 3d 1087, 1089 (Fla. 1st DCA 2019). As to the issues relating to a prior supplemental child support order entered on December 5, 2017, we dismiss for lack of jurisdiction because the former husband failed to timely appeal that order.

AFFIRMED in part and DISMISSED in part.

RAY, C.J., and ROBERTS and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Clark H. Henderson of Oberliesen & Henderson, Shalimar, for Appellant.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellee.

———————————

[*] Review of this order is proceeding under case number 1D18-4489.